### UNITED STATES of America

v.

### Alberto Luis BOTA, Appellant.

### No. 09–3397.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) May 28, 2010.

Opinion Filed: June 3, 2010.

---

Christy H. Fawcett, Esq., Office of United States Attorney, Harrisburg, PA, for Appellee.

Ronald A. Krauss, Esq., Office of Federal Public Defender, Harrisburg, PA, for Appellant.

BEFORE: McKEE, Chef Judge, RENDELL and STAPLETON, Circuit Judges.

## OPINION OF THE COURT

STAPLETON, Circuit Judge:

Alberto Bota appeals his conviction, following a guilty plea, of conspiracy to distribute and possess with intent to distribute powder cocaine, crack cocaine, and marijuana. His attorney has moved to withdraw his representation under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We will grant the motion to withdraw and will affirm the District Court's judgment.

This Court's rules provide that "[w]here, upon review of the district court record, trial counsel is persuaded that the appeal presents no issue of even arguable merit, counsel may file a motion to withdraw and supporting brief pursuant to *Anders.*" 3d Cir. LAR 109.2(a). If we concur with trial counsel's assessment, we "will grant [the] *Anders* motion, and dispose of the appeal without appointing new counsel." *Id.* Accordingly, our "inquiry when counsel submits an *Anders* brief is thus twofold

therefore affirm the sentence pursuant to our decision in *United States v. Tomko,* 562 F.3d 558, 568 (3d Cir.2009) (en banc).

...:(1) whether counsel adequately fulfilled the rule's requirements; and (2) whether an independent review of the record presents any nonfrivolous issues." *United States v. Youla,* 241 F.3d 296, 300 (3d Cir.2001).

Our review of the record has convinced us that trial counsel's *Anders* brief is adequate and that there are no nonfrivolous grounds on which to challenge the judgment of conviction. Accordingly, we will grant counsel's motion to withdraw and will affirm the judgment of the District Court. In addition, we certify that the issues presented in this appeal lack legal merit and thus that counsel is not required to file a petition for writ of certiorari with the Supreme Court. 3d Cir. LAR 109.2(b).